Stephanie J. Quincy, SBN 014009
quincys@gtlaw.com
Aaron J. Lockwood, SBN 025599
lockwooda@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000

*Attorneys for Respondent Bruce Allen*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Stephanie J. Quincy and Aaron J. Lockwood of the law firm of Greenberg Traurig, LLP, hereby enter their appearance as counsel of record in the above-captioned action on behalf of Respondent Bruce Allen ("Respondent"), and hereby request that all notices given or required to be given to Respondent, and all papers served or required to be served on Respondent in the above-captioned action, be given and served upon:

Stephanie J. Quincy
Aaron J. Lockwood
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
quincys@gtlaw.com
lockwooda@gtlaw.com

This request encompasses all notices, copies, and pleadings, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case,

ACTIVE 57365843v1

whether formal or informal, written or oral, or transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 10th day of May 2021.

GREENBERG TRAURIG, LLP

By:  */s/ Stephanie J. Quincy*
　　　Stephanie J. Quincy
　　　Aaron J. Lockwood

*Attorneys for Respondent Bruce Allen*

# CERTIFICATE OF SERVICE

☒ I hereby certify that on May 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

By: */s/ Barrie Peagler*
Employee, Greenberg Traurig, LLP