EXHIBIT C

**In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782**,
**Exhibit C to Respondent's Answer to Petition and Motion to Vacate April 29, 2021 *Ex Parte* Order**
**and Quash Subpoenas or, Alternatively, for Protective Order**

| | Case Caption | Petition Filed | Description of Respondents |
|---|---|---|---|
| 1. | *In re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782*, No. 2:20-mc-00076-MWF-MRW (C.D. Cal. 2020) | 8/7/2020 | New Content Media – subsidiary of a defendant in Indian Action and owner, operator and/or controller of the MEAWW website |
| 2. | *In re Application of Daniel Snyder for an Order Directing Discovery from Mary Ellen Blair and Comstock Holding Companies, Inc. Pursuant to 28 U.S.C. § 1782*, No. 1:20-mc-00023-LO-TCB (E.D. Va. 2020) | 8/10/2020 | Mrs. Blair – former Team employee and alleged source for Epstein Articles Comstock – alleged to be Ms. Blair's landlord |
| 3. | *In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782*, No. 1:20-mc-00476 (D. Md. 2020) (under seal) | 9/15/2020 | Moag & Co. – sales agency for Team's former minority owners who allegedly spoke with *The Washington Post* |
| 4. | *In re Application of Daniel Snyder for an Order Directing Discovery from The Ardent Group, LLC Pursuant to 28 U.S.C. § 1782*, No. 1:20-mc-00323-LGS (S.D.N.Y. 2020) | 9/15/2020 | Ardent Group – ad agency that allegedly placed ads on website that repeated or spread Epstein Articles |
| 5. | *In re Application of Daniel Snyder for an Order Directing Discovery from Precision Creations LLC Pursuant to 28 U.S.C. § 1782*, No. 4:20-mc-02665 (S.D. Tex. 2020) | 9/15/2020 | Precision Creations – website design company that allegedly designed websites that repeated or spread Epstein Articles |
| 6. | *In re Application of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. § 1782*, No. 1:20-cv-2705-ELH (D. Md. 2020) (partly sealed) | 9/18/2020 | Moag & Co. – sales agency for Team's former minority owners who allegedly spoke with *The Washington Post* |
| 7. | *In re Application of Daniel Snyder for an Order Directing Discovery from The Ardent Group, LLC Pursuant to 28 U.S.C. § 1782*, No. 4:20-mc-02867 (S.D. Tex. 2020) | 10/9/2020 | Ardent Group – ad agency that allegedly placed ads on website that repeated or spread Epstein Articles |
| 8. | *In re Application of Daniel Snyder for an Order Directing Discovery from Peter Schaffer Pursuant to 28 U.S.C. § 1782*, No. 1:20-mc-00191-WJM-KLM (D. Colo. 2020) | 11/10/2020 | Peter Schaffer – President and founder of Authentic Athletix, a sports agency that represented former Team members |

***In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782*,
Exhibit C to Respondent's Answer to Petition and Motion to Vacate April 29, 2021 *Ex Parte* Order
and Quash Subpoenas or, Alternatively, for Protective Order**

|  | Case Caption | Petition Filed | Description of Respondents |
|---|---|---|---|
| 9. | *In re Application of Daniel Snyder for an Order Directing Discovery from Jessica McCloughan and Friday Night Lights LLC Pursuant to 28 U.S.C. § 1782*, No. 1:20-mc-00199-NRN (D. Colo. 2020) | 11/10/2020 | Jessica McCloughan – spouse of former Team General Manager who allegedly spoke with Mrs. Blair Friday Night Lights LLC – Mrs. McCloughan's lighting company |
| 10. | *In re Application of Daniel Snyder for an Order Directing Discovery from Shawn Ferguson Pursuant to 28 U.S.C. § 1782*, No. 1:20-cv-03299-ELH (D. Md. 2020) (under seal) | 11/10/2020 | Shawn Ferguson – former Team senior assistant |
| 11. | *In re Application of Daniel Snyder for an Order Directing Discovery from Verizon Communications, Inc. Pursuant to 28 U.S.C. § 1782*, No. 2:21-cv-00819-BRM-ESK (D.N.J. 2021) | 1/15/2021 | Verizon Communications, Inc. – Mr. Moag's cell phone carrier |
| 12. | *In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782*, No. 8:21-mc-00019-JVS-ADS (C.D. Cal. 2021) (dismissed in favor of this proceeding) | 4/15/2021 | Bruce Allen – Respondent in this proceeding and former Team General Manager |