Stephanie J. Quincy, SBN 014009
quincys@gtlaw.com
Aaron J. Lockwood, SBN 025599
lockwooda@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000

*Attorneys for Respondent Bruce Allen*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 6** |

Respondent Bruce Allen hereby withdraws his Answer to Petition and Motion to Vacate April 29, 2021 *Ex Parte* Order and Quash Subpoenas or, Alternatively, for Protective Order, filed as Document No. 6 in the Court's Electronic Filing System. This withdrawal does not apply to any prior or subsequent filing, including Respondent's Answer to Petition and Motion to Vacate April 29, 2021 *Ex Parte* Order and Quash Subpoenas or, Alternatively, for Protective Order that was filed on May 14, 2021 as Document No. 8 in this matter.

Dated this 17th day of May, 2021.

GREENBERG TRAURIG, LLP


By: /s/ *Stephanie J. Quincy*
    Stephanie J. Quincy
    Aaron J. Lockwood
*Attorneys for Respondent Bruce Allen*

# CERTIFICATE OF SERVICE

☒   I hereby certify that on May 17, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Gregory J. Marshall (#019886)
> Patrick A. Tighe (#033885)
> SNELL & WILMER L.L.P.
> One Arizona Center
> 400 E. Van Buren, Suite 1900
> Phoenix, Arizona 85004-2202
> gmarshall@swlaw.com
> ptighe@swlaw.com
>
> Jordan W. Siev
> REED SMITH LLP
> 599 Lexington Avenue, 22nd Floor
> New York, New York 10022
> jsiev@reedsmith.com
>
> *Attorneys for Petitioner Daniel Snyder*

By: /s/ Diane Linn
    Employee, Greenberg Traurig, LLP