IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Snyder,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Bruce Allen,<br><br>　　　　　　Defendants. | No.  MC-21-00022-PHX-SPL<br><br>**ORDER** |

On April 23, 2021, Petitioner Daniel Snyder filed *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (Doc. 1). The Petition sought to compel Respondent Bruce Allen to provide discovery for use in a proceeding currently pending in India. (Doc. 1). On April 29, 2021, the Court granted the Petition. (Doc. 4). On May 14, 2021, Respondent filed an Answer (Doc. 8). Embedded in the Answer is a Motion to Vacate the Court's April 29 Order and Quash the Subpoenas. The Motion does not provide a date by which the requested documents must be produced or at which a deposition will occur. Accordingly, the Court will await briefing on the Motion and will rule on it in due course.

Dated this 17th day of May, 2021.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge