Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: gmarshall@swlaw.com
        ptighe@swlaw.com

Jordan W. Siev (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782, | No. 2:21-mc-00022-SPL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME OF BRIEFING REGARDING MOTION TO VACATE APRIL 29, 2021 EX PARTE ORDER AND QUASH SUBPOENAS OR, ALTERNATIVELY, FOR PROTECTIVE ORDER**<br><br>(First Request) |

The parties stipulate and move the Court for an Order extending the deadline for Petitioner Daniel Snyder to respond to Respondent Bruce Allen's motion to vacate the April 29, 2021 ex parte order and quash subpoenas or, alternatively, for protective order (Doc. 8) from May 28, 2021 to June 18, 2021 (21 day extension). The parties further stipulate and agree that Respondent Bruce Allen will have 14 days after the filing of Petitioner's response to file a reply brief in support of his motion to vacate. Good cause exists for this request

because, after conferring, the parties agree that additional time is necessary to effectively prepare their response and reply briefs. This extension is not requested for purposes of delay. A proposed order is attached.

DATED this 25th day of May, 2021.

              SNELL & WILMER L.L.P.


By: */s/ Gregory J. Marshall*
 Gregory J. Marshall
 Patrick A. Tighe
 One Arizona Center
 400 E. Van Buren, Suite 1900
 Phoenix, Arizona 85004-2202

 Jordan W. Siev (*Pro Hac Vice*)
 Reed Smith LLP
 599 Lexington Avenue, 22nd Floor
 New York, NY 10022

*Attorneys for Petitioner Daniel Snyder*

GREENBERG TAURIG, LLP


By: */s/ Stephanie J. Quincy (w/permission)*
 Stephanie J. Quincy
 Aaron J. Lockwood
 2375 E. Camelback Road, Suite 700
 Phoenix, Arizona 85016

*Attorneys for Respondent Bruce Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

*s/ Catherine A. Ward*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000