# EXHIBIT 6

Message

**From:** Redacted - Reporter
**Sent:** 1/9/2014 1:05:19 PM
**To:** Bruce Allen [Bruce.Allen@redskins.com]
**Subject:** RE: Redacted - Football Person

Thanks, but can you tell me if I'm wrong? The latest I've heard from two sources was "damn near 100 percent it's done" and another said "he has accepted."

Thanks again,
Redacted - Reporter

-----Original Message-----
From: Bruce Allen [mailto:Bruce.Allen@redskins.com]
Sent: Thursday, January 09, 2014 8:00 AM
To: Redacted - Reporter
Subject: RE: Redacted - Football Person

Good morning

We will call you later to update you


-----Original Message-----
From: Redacted - Reporter
Sent: Thursday, January 09, 2014 6:42 AM
To: Bruce Allen
Subject: Redacted - Football Person

Hey Bruce, we've been told that you all are close on an agreement with Redacted - Football Person Can you help me on this? Is this true? Won't quote you obviously.

Thanks,
**Redacted - Reporter**

Sent from my iPhone