# **EXHIBIT 7**

Message

| | |
|---|---|
| From: | Redacted - Reporter |
| Sent: | 2/18/2014 4:37:01 PM |
| To: | Bruce Allen [Bruce.Allen@redskins.com] |
| Subject: | Re: Indy schedule? |

```
Will be there. Look forward to it, Bruce.
------Original Message------
From: Bruce Allen
To: Redacted - Reporter
Subject: RE: Indy schedule?
Sent: Feb 18, 2014 11:24 AM

How about Thursday 10:00AM @ Marriott lobby (Not JW Marriott) starbucks?




-----Original Message-----
From: Redacted - Reporter
Sent: Tuesday, February 18, 2014 11:12 AM
To: Bruce Allen
Subject: Re: Indy schedule?

I'm at conrad. Can meet you later weds night, early any morning, a breakfast, a coffee, whatever works
for you....there through monday.
------Original Message------
From: Bruce Allen
To: Redacted - Reporter
Subject: RE: Indy schedule?
Sent: Feb 18, 2014 11:10 AM

Where u staying ---- I'm at jw marriott

-----Original Message-----
From: Redacted
Sent: Tuesday, February 18, 2014 11:07 AM
To: Bruce Allen
Subject: Re: Indy schedule?

Not till tomorrow night...

Sent from my iPhone

> On Feb 18, 2014, at 10:49 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
> Are you there tomorrow
>
> -----Original Message-----
> From: Redacted - Reporter
> Sent: Tuesday, February 18, 2014 10:45 AM
> To: Bruce Allen
> Subject: Re: Indy schedule?
>
> Would love to meet up when it fits into you schedule. Just tell me where and when.
>
> Sent from my iPhone
>
>> On Feb 18, 2014, at 10:40 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>>
>>
>> <winmail.dat>

Sent from my Verizon Wireless BlackBerry

Sent from my Verizon Wireless BlackBerry
```