# EXHIBIT 9

Message

| | |
|---|---|
| From: | Bruce Allen [Bruce.Allen@redskins.com] |
| Sent: | 4/20/2015 11:50:51 AM |
| To: | Redacted - Reporter |
| Subject: | Re: Hmmmmm |

Next break ... Wil call


> On Apr 20, 2015, at 7:49 AM, Redacted - Reporter wrote:
>
> Call me. Have LOGS to add to that fire....
>
> Sent from my iPhone
>
>> On Apr 20, 2015, at 7:43 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>>
>> The Redacted - Player signing sure makes a Redacted - Player trade thought .....
>>
>>