# EXHIBIT 10

Appointment

| | |
|---|---|
| **From:** | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| **Sent:** | 3/22/2017 11:17:05 AM |
| **To:** | Bruce Allen [Bruce.Allen@redskins.com] |
| **Subject:** | Redacted - Reporter |
| **Start:** | 3/26/2017 9:30:00 PM |
| **End:** | 3/26/2017 10:30:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Here are the interviews that I lined up for you. We will have them meet us at the coffee shop on SUNDAY at the Arizona Biltmore:

2:30-3pm         Redacted - Reporter

3:00-3:10pm      Redacted - Reporter

3:15-3:30pm      Redacted - Reporter

3:30-3:40pm      Redacted - Reporter

3:45-4pm         Redacted - Reporter

4-4:20pm         Redacted - Reporter

4:30pm??? done for the day!!   Trying to get Redacted - Reporter to take an earlier flight otherwise we are

MONDAY

7:45am           Redacted - Reporter

8am              Redacted