# EXHIBIT 11

Message

| | |
|---|---|
| From: | [Redacted - Sports Radio Host] |
| Sent: | 8/5/2016 2:01:14 PM |
| To: | Bruce Allen [Bruce.Allen@redskins.com] |
| Subject: | Re: [Redacted - Sports Radio Host] |

[Redacted - Sports Radio Host] .hotline..just a reminder.. [Redacted - Sports Radio Host] .10am

**Redacted - Sports Radio Host**

-----Original Message-----
From: Bruce Allen <Bruce.Allen@redskins.com>
To: d [Redacted - Sports Radio Host]
Sent: Thu, Aug 4, 2016 3:40 pm
Subject: [Redacted - Sports Radio Host]

Try 10:00am.   Give me a number

On Aug 4, 2016, at 3:30 PM, [Redacted - Sports Radio Host] wrote:

> Bruce....let mw know if u have 8minutes for me here in [Redacted] at either 10am or 11am...thank u..your boy [Redacted - Sports Radio Host]

**Redacted - Sports Radio Host**