# EXHIBIT 12

Message

| | |
|---|---|
| **From:** | Redacted - Reporter |
| **Sent:** | 8/29/2015 12:16:51 AM |
| **To:** | Bruce Allen [Bruce.Allen@redskins.com] |
| **Subject:** | RE: question on neurologist |

Thank you...

**From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
**Sent:** Friday, August 28, 2015 8:14 PM
**To:** Redacted
**Subject:** Re: question on neurologist

Yes

On Aug 28, 2015, at 8:08 PM, Redacted - Reporter wrote:

> Was the neurologist today the same one who cleared him the other day? Just double checking...
>
> Redacted - Reporter