# EXHIBIT 13

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 12/24/2012 3:38:48 PM
**To:** Redacted - Reporter
**Subject:** Re: What are the chances on this....?

Nope.

On Dec 24, 2012, at 10:37 AM, "Redacted - Reporter" wrote:

> Any idea when the judge rules?
>
> **From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
> **Sent:** Monday, December 24, 2012 10:37 AM
> **To:** Redacted - Reporter
> **Subject:** Re: What are the chances on this....?
>
> The NFLPA sued all 32 teams re: collusion
>
> Judge hasn't ruled
>
> On Dec 24, 2012, at 10:31 AM, Redacted - Reporter wrote:
>
>> Suing the Redskins? All I care about is you getting back your $36 million in cap space. What has to happen for that and are we close to a resolution?
>>
>> **From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
>> **Sent:** Monday, December 24, 2012 10:30 AM
>> **To:** Redacted
>> **Subject:** RE: What are the chances on this....?
>>
>> The premise is wrong ..... the NFLPA is suing the Redskins
>>
>> **From:** Redacted - Reporter
>> **Sent:** Monday, December 24, 2012 10:28 AM
>> **To:** Bruce Allen
>> **Subject:** What are the chances on this....?
>>
>> Saw that Redacted - Reporter wrote this last week and meant to follow up and ask if there was any chance this happens...
>>
>> [Redacted - Identifying Information]
>>
>> Great week ahead. Might even show up in your building for a day. Merry Christmas
>>
>> Redacted - Reporter