# EXHIBIT 14

Message

| | |
|---|---|
| From: | Bruce Allen [Bruce.Allen@redskins.com] |
| Sent: | 3/28/2013 3:54:20 PM |
| To: | Redacted - Reporter |
| Subject: | Re: THURSDAY BUZZ LIST, update 11:30 a.m. 3-28 |

They had an honest conversation according to [Redacted - Football Person]

Will get more later

On Mar 28, 2013, at 11:53 AM, [Redacted - Reporter] wrote:

> And?
>
> Sent from my iPhone
>
> On Mar 28, 2013, at 11:49 AM, "Bruce Allen" <Bruce.Allen@redskins.com> wrote:
>
>> They met
>>
>> On Mar 28, 2013, at 11:48 AM, [Redacted - Reporter] wrote:
>>
>>> Some are smarter than others. If [Redacted - Football Person] isnt pro-active, this could blow up...