# EXHIBIT 15

From: Bruce Allen
Sent: Monday, April 03, 2017 12:51 PM
To: [Redacted - Reporter]
Subject: RE: [Redacted - Reporter] following up re [Redacted - Newspaper] profile

[Redacted - Reporter]

What is better for you?  Thursday 7:30AM, Friday 7:30AM or Saturday 7:30AM (or if you like earlier any of those days .... That's fine)  or Friday @ 10:00AM

Bruce

From: [Redacted - Reporter]
Sent: Monday, April 03, 2017 10:38 AM
To: Bruce Allen
Subject: [Redacted - Reporter] following up re [Redacted - Newspaper] profile

Bruce,

It's [Redacted - Reporter] following up on my request for an interview for the profile about you that's scheduled to run April 16.

As I mentioned earlier, my deadline is April 10, which gives me this week and through the weekend to wrap up the reporting and write.

I'd still like to have a conversation--whether over lunch, coffee or a desk--to augment the reporting I've done already. If that's possible between now and Sunday, let me know.

I've done my best to draw a fair, comprehensive portrait but no doubt feel the story would be better if it included your voice and your perspective. Entirely your call, of course.

With thanks for your consideration,

[Redacted - Reporter]