# EXHIBIT 16

Message

| | |
|---|---|
| **From:** | Redacted - Reporter |
| **Sent:** | 3/23/2018 1:16:23 PM |
| **To:** | Bruce Allen [Bruce.Allen@redskins.com] |
| **Subject:** | Re: [Redacted - Reporter] with heads-up on interview request on [Redacted] story |

That's terrific, Bruce. Looking forward. And thank you for kind reply, Redacted

Sent from my iPhone

On Mar 23, 2018, at 8:50 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:

> [EXTERNAL EMAIL]
> Redacted - Reporter
>
> We will figure out a time to get together for a chat in Orlando.
>
> Bruce