# EXHIBIT 18

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 6/5/2018 11:19:41 PM
**To:** Redacted - Talk Show Host
**Subject:** Re: Tonight

Thanks.

This is so ridiculous it's embarrassing

On Jun 5, 2018, at 7:03 PM, Redacted - Talk Show Host wrote:

> good points, will hit some of this now
>
> -----Original Message-----
> From: Bruce Allen <Bruce.Allen@redskins.com>
> To: Redacted - Talk Show Host
> Sent: Tue, Jun 5, 2018 7:01 pm
> Subject: Tonight
>
> You are passionately correct (again). However, remember 90%+ of NFL players have never considered kneeling.
>
> The 10% of the players and owners are the issue (see Redacted - Football Owners )
>
> I really appreciated your comments about respecting the previous players that made our leagues for today's players .... and what you are doing for future players
>
> I've used that theme for years