# EXHIBIT 19

```
-----Original Message-----
From:  [Redacted - Radio Host]
Sent: Tuesday, November 14, 2017 11:38 AM
To: Bruce Allen
Subject: Re: [Redacted - Identifying Information] [Redacted - Football Person]

He's a dummy

Sent from my iPhone

> On Nov 14, 2017, at 11:36 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>
> http://[Redacted - Identifying Information]
[Redacted - Identifying Information]
```