# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| **Sent:** | 8/1/2014 12:43:36 AM |
| **To:** | Redacted - ESPN Personality |
| **Subject:** | FW: Redskins wire |

**Don't share with espn sl**■**ts …. For** [Redacted - ESPN Personality] **eyes only**

**From:** Redacted - Football Person
**Sent:** Thursday, July 31, 2014 3:53 PM
**To:** Redacted - Football Person
**Subject:** Redskins wire

Here are about 15 minutes of [Redacted - Identifying Information] wire.  He was great as always.  We will remove all curses, so no need to worry about those.

The title is: Redskins [Redacted - Football Person] Training Camp Wire

[http://](http://) Redacted - Identifying Information

Redacted - Identifying Information