# EXHIBIT 22

Message

From: Bruce Allen [Bruce.Allen@redskins.com]
Sent: 11/15/2017 12:37:27 PM
To:
CC:
Subject: **Redacted - ESPN Personality and Others**

[Redacted] needs new [Redacted - Identifying Information]

[Redacted - Football Person's] current contract expires in [Redacted - Identifying Information]


On Nov 14, 2017, at 8:46 PM, [Redacted] wrote:

> What do you think the final resolution will be?
>
> Sent from my iPad