# EXHIBIT 24

Message

| | |
|---|---|
| From: | **Redacted - ESPN Personality** |
| Sent: | 1/23/2011 10:37:55 PM |
| To: | Bruce Allen [Bruce.Allen@redskins.com] |
| Subject: | Re: NFC preview |

I want to see his dumbass [Redacted - Identifying Information]

Sent from my Verizon Wireless BlackBerry

---

**From:** "Bruce Allen" <Bruce.Allen@redskins.com>
**Date:** Sun, 23 Jan 2011 17:34:50 -0500
**To:** **Redacted - ESPN Personality**
**Cc:** **Redacted**
**Subject:** Re: NFC preview

Its all for TV ratings

-----Original Message-----
From: **Redacted - ESPN Personality**
To: Bruce Allen; **Redacted**
CC: **Redacted**
Sent: Sun Jan 23 17:33:58 2011
Subject: Re: NFC preview

[Redacted - Football Person] ruined football

Sent from my Verizon Wireless BlackBerry