# EXHIBIT 25

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 6/3/2015 9:41:54 AM
**To:**
**CC:** Redacted - ESPN Personality and Others
**Subject:** Re: [Redacted - Broadcasting Company]

[Redacted - Football Person] shouldn't take the call

[Redacted - Broadcasting Network] loved it

> On Jun 3, 2015, at 5:32 AM, [Redacted - ESPN Personality] wrote:
>
> I agree. [Redacted - Football Person] shouldn't call [Redacted - Football Person] and tell him to draft que■s either. That pissed Em off too
>
> Sent from my iPhone