# **EXHIBIT 26**

Message

| | |
|---|---|
| From: | Bruce Allen [Bruce.Allen@redskins.com] |
| Sent: | 8/20/2014 1:59:59 AM |
| To: | Redacted - ESPN Personality and Others |
| CC: | |
| Subject: | Re: Enjoy 5 minutes of [Redacted - Commentator] |

I think that summarized properly


On Aug 19, 2014, at 9:53 PM, "[Redacted - ESPN Personality] wrote:

> Why anyone would watch 26 penalties 4 picked up flags 3 replay challenges I have no idea. [Redacted - Football Person] is a clueless anti football p■■y. [Redacted - Football People] can blow me. [Redacted - Football Players] suspended a year for? [Redacted - Identifying Information] Redskin offensive after 95 years? [Redacted - Football Person] can Ba-low me.
>
> Sent from my iPhone
>
> On Aug 19, 2014, at 8:45 PM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>> http://www.[Redacted - Identifying Information] Redacted - Identifying Information