# EXHIBIT 28

Message

| | |
|---|---|
| **From**: | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| **Sent**: | 10/10/2014 11:59:58 AM |
| **To**: | |
| **CC**: | **Redacted - ESPN Personality and Others** |
| **Subject**: | RE: NEW ORLEANS |

Redacted - NFL Person is a dolt!