# EXHIBIT 30

Message

From:     Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
Sent:     1/8/2012 8:41:17 PM
To:       Redacted - ESPN Personality and Others
Subject:  Re: TV announcers


Did I mention - [Redacted - Football Announcer] is an ass




----- Original Message -----
From: [Redacted - ESPN Personality]
Sent: Sunday, January 08, 2012 03:30 PM
To: Bruce Allen; [Redacted]
[Redacted]
Subject: Re: TV announcers

You are very good friends
------Original Message------
From: Bruce Allen
To:
To:
To: Redacted - ESPN Personality and Others
To:
To:
Subject: TV announcers
Sent: Jan 8, 2012 2:10 PM

[Redacted - Football Announcer] sucks ...




Sent from my Verizon Wireless BlackBerry