# EXHIBIT 31

| | |
|---|---|
| Message | |
| From: | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| Sent: | 9/1/2016 10:26:15 PM |
| To: | Redacted - ESPN Personality and Others |
| CC: | |
| Subject: | RE: Redacted - Newspaper |

already do that every time I see him

**From:** Redacted - ESPN Personality
**Sent:** Thursday, September 01, 2016 6:16 PM
**To:** Redacted
**Cc:** Bruce Allen; Redacted
**Subject:** Re: Redacted - Newspaper

Tell Redacted - Reporter to f■k himself

Sent from my iPhone