# Exhibit 1

Message
---

**From:** Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:** 7/11/2011 4:15:48 AM
**To:** Redacted - Reporter
**Subject:** Re: Here


Aloha


----- Original Message -----
From: Redacted - Reporter
Sent: Monday, July 11, 2011 12:14 AM
To: Bruce Allen
Subject: Re: Here

That's fine. But as long as the meat of it is correct, which I believe it is, all good. Going to bed.
Talk tomorrow, Bruce.

Sent via BlackBerry by AT&T

-----Original Message-----
From: "Bruce Allen" <Bruce.Allen@redskins.com>
Date: Mon, 11 Jul 2011 00:11:00
To: Redacted - Reporter
Subject: Re: Here

Good stuff

A few other issues still being debated.

Such as: TV Case and Franchise Tags (OC/OG) and % increase ...


----- Original Message -----
From: Redacted - Reporter
Sent: Monday, July 11, 2011 12:04 AM
To: Bruce Allen
Subject: Here

Please let me know if you see anything that should be added, changed, tweaked. Thanks, Mr. Editor, for
that and the trust. Plan to file this to Redacted about 6 am....

**Redacted - Reporters**

# Redacted - Draft Article Containing Identifying Information

Redacted - Draft Article Containing Identifying Information