# EXHIBIT 2

Message

---

**From:**     Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:**     7/21/2011 12:15:09 PM
**To:**       Redacted - Reporter
**Subject:**  Re: Bruce

Another smart owner told me its not done

----- Original Message -----
From:       Redacted - Reporter
Sent: Thursday, July 21, 2011 08:01 AM
To: Bruce Allen
Subject: Re: Bruce

I'd bet it's the same guy....but I've spoken to other smart guys who also think it's done.

This we can agree -- cba done, global settlement getting done. ── is a hero.

----- Original Message -----
From: Bruce Allen [mailto:Bruce.Allen@redskins.com]
Sent: Thursday, July 21, 2011 07:56 AM
To:    Redacted - Reporter
Subject: Re: Bruce

I was told that last night by someone smart!!

----- Original Message -----
From:           Redacted - Reporter
Sent: Thursday, July 21, 2011 05:27 AM
To: Bruce Allen
Subject: Bruce

This is from one of the smartest people I know in the business, though he is not involved in talks...

"Super tired and going to sleep.

This deal is done Redacted-Reporter.

I know it. I feel it. DONE and DONE.

Talk later today."

Fingers crossed.
Redacted - Reporter

Please consider the environment before printing this e-mail.