EXHIBIT 3

Message

| | |
|---|---|
| From: | Bruce Allen [Bruce.Allen@redskins.com] |
| Sent: | 10/13/2017 1:35:01 AM |
| To: | Redacted - Reporter |
| Subject: | Re: [Redacted - Football Player] is available in a trade. Please call me if interested. I have permission from the [Redacted - Football Team] to discuss. |

Every couple of years

On Oct 12, 2017, at 9:32 PM, Redacted - Reporter wrote:

> Love this! That's unlike you, sharing something good. I will use Sunday morning! I am grateful and appreciative. Thank you!!!
>
> Redacted - Reporter
>
> Sent from AOL Mobile Mail
> Get the new AOL app: mail.mobile.aol.com
>
> On Thursday, October 12, 2017, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>> FYI
>>
>> Begin forwarded message:
>>
>>> From: Redacted - Football Person
>>> Date: October 12, 2017 at 9:29:25 PM EDT
>>> To: Redacted - Football Person
>>> Subject: Redacted - Football Player is available in a trade. Please call me if interested. I have permission from the Redacted - Football Team to discuss.
>>>
>>> Redacted - Football Players

**Redacted - Football Players**

This list is confidential and intended for the sole purposes of the recipient. It cannot be shared, distributed or disseminated in the media or otherwise.