EXHIBIT 4

Message

**From:** Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:** 7/27/2011 12:16:16 PM
**To:** [Redacted - Reporters]
**Subject:** RE: [Redacted - Football Player] deal?

I have not heard from [Redacted - Football Player] or [Redacted - Football Team] since 2:30am .... Not done

---

**From:** [Redacted - Reporter]
**Sent:** Wednesday, July 27, 2011 8:09 AM
**To:** Bruce Allen
**Subject:** Fw: [Redacted - Football Player] deal?

Sent via BlackBerry by AT&T

---

**From:** [Redacted - Reporter]
**Date:** Wed, 27 Jul 2011 08:08:05 -0400
**To:** [Redacted - Reporters]
[Redacted - Reporters]
**Subject:** [Redacted - Football Player] deal?

[Redacted - Network] reporting it's done.

Can we confirm?