# EXHIBIT 5

Message

| | |
|---|---|
| **From:** | Redacted - Reporter |
| **Sent:** | 2/15/2019 3:08:08 PM |
| **To:** | Bruce Allen [Bruce.Allen@redskins.com] |
| **Subject:** | Re: Quick question |

Thanks Bruce. Appreciate it.
Have a good weekend and I'll see you in Indy.

Sent from iPhone

---

**From:** Bruce Allen <bruce.allen@redskins.com>
**Sent:** Friday, February 15, 2019 9:53 AM
**To:** Redacted - Reporter
**Subject:** Re: Quick question

[EXTERNAL EMAIL]

Good Morning

We didn't talk (or inquire) to the [Football Team] about him

On Feb 15, 2019, at 9:15 AM, Redacted - Reporter wrote:

> Hey Bruce,
> I had a quick question for you, trying to get some background.
> I know you guys discussed [Redacted - Team] internally, but did you actually inquire with [Redacted - Team]?
> Curious if it was serious of just due diligence.
> (Hope this isn't too deep into in-House only matters.)
>
> Thanks and hope all is well on your end.
>
> Redacted - Reporter
>
> Sent from iPhone