# Exhibit 17

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 5/23/2014 2:20:48 AM
**To:** Redacted - Football Person
**Subject:** Re: Good evening

You did listen

Who in fxxx do u think wrote that for [Redacted]?

Maybe we do have someone in the media


On May 22, 2014, at 10:18 PM, 'Redacted - Football Person wrote:

> Listened to all 3 segments. WOW! That is how it should be. But I do have a question. Why is it that we can not have someone in our own organization speak on the exact same issues? We have the same facts, we have the BLEEPING quotes on [Redacted - Politician] It's a MEDIA battle and we chose to not drop the hammer. You, I know are writing letters to individuals and expressing in your WORDS, your points on things you disagree with.
>
> I have always used my media contacts on issues and ALSO would drop the hammer MYSELF on select issues, with MY WORDS. I think it's great what he said and what he did, BUT I am sure they will HUDDLE UP and regroup for some counter.
>
> I just would like for you or [Redacted] or anyone else in OUR organization to come out with VERBAL FIRE. Especially on the [Redacted - Politician] quotes. I would have loved for you or [Redacted] to SAY on him what [Redacted - Talk Show Host] said.
>
> My Trigger Points that I loved
>
> ...Race Baiters
> ...Take the gloves off
> ...Scratch the scab? The scab is bleeding
> ...[Redacted - Football Person] DON'T TRUST HIM
> ...[Redacted - Politician] is the [Redacted] of the Senate
>
> Sent from my iPad
>
> On May 22, 2014, at 6:51 PM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>> Make sure y listen