# EXHIBIT 20

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 10/29/2016 9:40:51 AM
**To:** Redacted - Talk Show Host
**Subject:** Re: [Redacted] AUDIO

100% agree.   Our fans are great Patriots.

On Oct 29, 2016, at 10:38 AM, Redacted - Talk Show Host wrote:

> I don't believe they are.
>
> I think [Redacted - Football Person] doesn't help. Talks too much.  Doesn't understand the fans. Just one person's opinion.
>
> Sent from my iPhone
>
> On Oct 29, 2016, at 5:34 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>> Obviously I don't need to tell you.  You are correct
>>
>> There isn't a 1st amendment issue
>>
>> How come baseball, basketball or hockey is going thru this?
>>
>>
>> On Oct 29, 2016, at 1:36 AM Redacted - Talk Show Host wrote:
>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Redacted - Media Company
>>>> **Redacted - Media Company**
>>>> **Date:** October 28, 2016 at 8:16:53 PM EDT
>>>> **To:** Redacted - Talk Show Host
>>>> Redacted - Talk Show Host
>>>> **Subject:** [Redacted] AUDIO
>>>>
>>>>
>>>> Redacted Media Disclaimer
>>>> This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>>>>
>>>>  Redacted - Talk Show Host ON [Redacted - Football Analyst] mp3>