# Exhibit 21

Message

**From:** Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:** 8/1/2014 12:43:36 AM
**To:** Redacted - ESPN Personality
**Subject:** FW: Redskins wire

**Don't share with espn sl**■**ts .... For** [Redacted - ESPN Personality] **eyes only**

**From:** Redacted - Football Person
**Sent:** Thursday, July 31, 2014 3:53 PM
**To:** Redacted - Football Person
**Subject:** Redskins wire

Here are about 15 minutes of [Redacted - Identifying Information] wire. He was great as always. We will remove all curses, so no need to worry about those.

The title is: Redskins [Redacted - Football Person] Training Camp Wire

http://[Redacted - Identifying Information]
[Redacted - Identifying Information]