EXHIBIT 23

Message

| | |
|---|---|
| From: | Redacted |
| Sent: | 11/22/2017 2:39:05 PM |
| To: | Bruce Allen [Bruce.Allen@redskins.com] |
| CC: | Redacted - ESPN Personality and Others |
| Subject: | Re: Redacted weighs keeping teams in locker room during anthem - Redacted - Newspaper |

```
Stop playing it!

Sent from my iPhone

> On Nov 22, 2017, at 4:10 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
> These guys can't come up with a good idea if their life depended on it
>
> -----Original Message-----
> From: Redacted - ESPN Personality
> Sent: Wednesday, November 22, 2017 6:10 AM
> To: Redacted
> Cc: Redacted Bruce Allen; Redacted
> Subject: Re: Redacted weighs keeping teams in locker room during anthem - Redacted - Newspaper
>
> Pu■ies
>
> Sent from my iPhone
>
>> On Nov 22, 2017, at 5:41 AM, Redacted wrote:
>>
>> https://www. Redacted - Newspaper
>>
>>
>> Sent from my iPad
```