EXHIBIT 27

Message

**From:** Redacted - ESPN Personality
**Sent:** 8/28/2016 5:04:23 PM
**To:** Bruce Allen [Bruce.Allen@redskins.com]
**Subject:** Re: interesting

Good for you. The Redacted blows

Sent from my iPhone

On Aug 28, 2016, at 12:45 PM, Bruce Allen <Bruce.Allen@redskins.com> wrote:

> I've expressed my OUTRAGE to Redacted
>
> **From:** Redacted - ESPN Personality
> **Sent:** Sunday, August 28, 2016 12:44 PM
> **To:** Bruce Allen
> **Subject:** Re: interesting
>
> Redacted statement; it's OK if you don't stand up for the national anthem. We prefer they do but it's not mandatory.  They suspend people for taking amino acids they should cut this f█k
>
> Sent from my iPhone