EXHIBIT 30

Message

| | |
|---|---|
| From: | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| Sent: | 1/8/2012 8:41:17 PM |
| To: | Redacted - ESPN Personality and Others |
| Subject: | Re: TV announcers |

Did I mention - [Redacted - Football Announcer] is an ass

----- Original Message -----
From: [Redacted - ESPN Personality]
Sent: Sunday, January 08, 2012 03:30 PM
To: Bruce Allen; [Redacted]
Subject: Re: TV announcers

You are very good friends
------Original Message------
From: Bruce Allen
To:
To:
To: [Redacted - ESPN Personality and Others]
To:
To:
Subject: TV announcers
Sent: Jan 8, 2012 2:10 PM

[Redacted - Football Announcer] sucks ...

Sent from my Verizon Wireless BlackBerry