Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev (*Admitted Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782, | No. 2:21-mc-00022-SPL<br>**NOTICE OF LODGING** |

Notice is hereby given that Petitioner Daniel Snyder, through undersigned counsel, has lodged Petitioner's Motion to Withdraw, or in the Alternative, to Seal Doc. 14, and a proposed order regarding the same.

| | |
|---|---|
| DATED: 21ST day of June, 2021. | SNELL & WILMER L.L.P. |
| | By: *s/Gregory J. Marshall*<br>Gregory J. Marshall<br>Patrick A. Tighe<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br>gmarshall@swlaw.com<br>ptighe@swlaw.com |
| | Jordan W. Siev  (*Pro Hac Vice*)<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>jsiev@reedsmith.com |
| | *Attorneys for Petitioner Daniel Snyder* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

By: *s/Eileen Henry*