Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev (*Admitted Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**PETITIONER'S MOTION TO WITHDRAW, OR IN THE ALTERNATIVE, TO SEAL DOC. 14** |

Petitioner Daniel Snyder ("Petitioner") lodges its Motion to Withdraw, or in the Alternative, to Seal Doc. 14 (Petitioner's Response in Opposition re: Motion to Vacate by Daniel Snyder, filed June 18, 2021), stating as follows:

1. On April 23, 2021, Petitioner filed an *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding pursuant to 28 U.S.C. § 1782, seeking to compel Respondent to provide discovery in a proceeding pending in India. Doc. 1.

2. On April 29, 2021, the Court granted the Petition. Doc. 4.

3. On May 14, 2021, Respondent filed an Answer, and embedded therein was a Motion to Vacate the Court's April 29 Order and Quash the Subpoenas. *See* Doc. 6-8.[1]

---

[1] It appears that Respondent initially filed his Answer and Motion on May 14 (Doc. 6), attempted to withdraw Doc. 6, but mistakenly filed the same Answer and Motion again

4. The parties thereafter stipulated that Petitioner may file his Response to the Motion to Vacate on June 18, 2021, and Petitioner filed his Response that date. *See* Doc. 14.

5. Soon after the filing, Petitioner noted that certain personal information of a nonparty had inadvertently not been redacted.

6. Petitioner immediately contacted the clerk's office, who removed the Doc. 14 pending the Court's consideration of this Motion. In the meantime, Petitioner filed its Amended Response with the private information redacted. Doc. 15.

7. For these reasons, to protect the nonparty's personal information, Petitioner moves to withdraw Doc. 14, or alternatively to seal Doc. 14. A proposed form of Order is lodged herewith.

DATED: 21ST day of June, 2021.

SNELL & WILMER L.L.P.

By: *s/Gregory J. Marshall*
Gregory J. Marshall
Patrick A. Tighe
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev (*Pro Hac Vice*)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

---

(Doc. 7). Respondent then filed a revised/amended Answer and Motion (Doc. 8), and thereafter filed a proper notice of withdrawal at Doc. 10, specifically noting that the withdrawal does not apply to "Document No. 8." Accordingly, Doc. 8 is the operative Answer and Motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

By: *s/Eileen Henry*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW, OR IN THE ALTERNATIVE, TO SEAL DOC. 14** |

The Court, having reviewed Petitioner Daniel Snyder's ("Petitioner") Motion to Withdraw, or in the Alternative, to Seal Doc. 14 (Petitioner's Response in Opposition re: Motion to Vacate by Daniel Snyder, filed June 18, 2021), and good cause appearing,

HEREBY GRANTS the Motion. Petitioner's Response in Opposition re: Motion to Vacate by Daniel Snyder, filed June 18, 2021 (Doc. 14) is withdrawn and the Clerk of the Court shall remove Doc. 14 from docket.

DONE IN COURT this __ day of June, 2021.