IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | No.  MC-21-00022-PHX-SPL<br><br>**ORDER** |

Before the Court is Petitioner Daniel Snyder's Motion to Withdraw, or in the Alternative, to Seal Doc. 14 (Doc. 17). Good cause appearing,

**IT IS ORDERED** that Petitioner's Motion (Doc. 17) is **granted** in the alternative. The Clerk of Court is directed to file Petitioner's Response in Opposition to Respondent's Motion to Vacate and/or to Quash (Doc. 14) **under seal**.

Dated this 25th day of June, 2021.

Honorable Steven P. Logan
United States District Judge