Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev (*Admitted Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**SUPPLEMENT TO AMENDED DECLARATION OF JORDAN W. SIEV, ESQ. IN OPPOSITION TO RESPONDENT BRUCE ALLEN'S MOTION TO VACATE AND/OR TO QUASH PETITIONER'S SUBPOENAS** |

Petitioner Daniel Snyder respectfully submits this Supplement to the Amended Declaration of Jordan W. Siev, Esq. in Opposition to Respondent Bruce Allen's Motion to Vacate and/or to Quash Petitioner's Subpoenas (the "**Declaration**"). *See* ECF No. 15. Amended exhibits to the Declaration are filed herewith, reflecting less-redacted versions of certain of the exhibits filed together with the Declaration.

DATED: 30TH day of June, 2021.

SNELL & WILMER L.L.P.

By: /s/ *Jordan W. Siev*
Gregory J. Marshall
Patrick A. Tighe
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev (*Pro Hac Vice*)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document on June 30, 2021 to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

By: *s/ Jose Castillo*