EXHIBIT 2

Message

| | |
|---|---|
| From: | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| Sent: | 7/21/2011 12:15:09 PM |
| To: | 'Adam.X.Schefter.-ND@▮▮▮▮▮ [Adam.X.Schefter.-ND@▮▮▮▮▮] |
| Subject: | Re: Bruce |

Another smart owner told me its not done

----- Original Message -----
From: Schefter, Adam X. -ND [mailto:Adam.X.Schefter.-ND@▮▮▮▮▮]
Sent: Thursday, July 21, 2011 08:01 AM
To: Bruce Allen
Subject: Re: Bruce

I'd bet it's the same guy....but I've spoken to other smart guys who also think it's done.

This we can agree -- cba done, global settlement getting done. De is a hero.

----- Original Message -----
From: Bruce Allen [mailto:Bruce.Allen@redskins.com]
Sent: Thursday, July 21, 2011 07:56 AM
To: Schefter, Adam X. -ND
Subject: Re: Bruce

I was told that last night by someone smart!!

----- Original Message -----
From: Schefter, Adam X. -ND [mailto:Adam.X.Schefter.-ND@▮▮▮▮▮]
Sent: Thursday, July 21, 2011 05:27 AM
To: Bruce Allen
Subject: Bruce

This is from one of the smartest people I know in the business, though he is not involved in talks...

"Super tired and going to sleep.

This deal is done Adam.

I know it. I feel it. DONE and DONE.

Talk later today."

Fingers crossed.
Adam

Please consider the environment before printing this e-mail.