EXHIBIT 3

| | |
|---|---|
| **Message** | |
| **From**: | Bruce Allen [Bruce.Allen@redskins.com] |
| **Sent**: | 10/13/2017 1:35:01 AM |
| **To**: | Adam Schefter [aschef@ ] |
| **Subject**: | Re: NAVORRO BOWMAN is available in a trade. Please call me if interested. I have permission from the Niners to discuss. |

Every couple of years

On Oct 12, 2017, at 9:32 PM, Adam Schefter <aschef@ > wrote:

> Love this! That's unlike you, sharing something good. I will use Sunday morning! I am grateful and appreciative. Thank you!!!
> C
>
> On Thursday, October 12, 2017, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>> FYI
>>
>> Begin forwarded message:
>>
>>> **From:** Drew Rosenhaus <dr@ >
>>> **Date:** October 12, 2017 at 9:29:25 PM EDT
>>> **To:** DREW ROSENHAUS <drosenhaus@ >
>>> **Subject: NAVORRO BOWMAN is available in a trade. Please call me if interested. I have permission from the Niners to discuss.**

# Armonty Bryant, dl
Emanuel Byrd, te/fb
## Josh Ferguson, rb
## Orlando Franklin, ol
## Glenn Gronkowski, fb
## Neville Hewitt, lb
## Gerald Hodges, lb
## Thad Lewis, qb
## Stephen Morris, qb

Jordan Payton, wr
Sean Spence, lb
Devon Still, dl
Devin Taylor, dl
Kelvin Taylor, rb
Kenbrell Thompkins, wr
Wendall Williams, wr
Eric Winston, ol

This list is confidential and intended for the sole purposes of the recipient. It cannot be shared, distributed or disseminated in the media or otherwise.