EXHIBIT 4

Message

**From:** Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:** 7/27/2011 12:16:16 PM
**To:** 'aschef@███████ [aschef@███████
**Subject:** RE: McNabb deal?

I have not heard from fletcher or vikes since 2:30am …. Not done

---

**From:** aschef@███████ [mailto:aschef@███████]
**Sent:** Wednesday, July 27, 2011 8:09 AM
**To:** Bruce Allen
**Subject:** Fw: McNabb deal?

Sent via BlackBerry by AT&T

---

**From:** "Stanton, Barry J." <Barry.J.Stanton@███████>
**Date:** Wed, 27 Jul 2011 08:08:05 -0400
**To:** Clayton, John<jaclayton@███████>; Mortensen, Chris<mort2u@███████>; Schefter, Adam<aschef@███████>; Stanton, Barry J.<Barry.J.Stanton@███████>
**Subject:** McNabb deal?

NFL Network reporting it's done.

Can we confirm?