# EXHIBIT 6

Message

**From:**      Jones, Mike [mike.jones@███████████]
**Sent**:       1/9/2014 1:05:19 PM
**To**:          Bruce Allen [Bruce.Allen@redskins.com]
**Subject**:   RE: Gruden


Thanks, but can you tell me if I'm wrong? The latest I've heard from two sources was "damn near 100 percent it's done" and another said "he has accepted."

Thanks again,
Mike

-----Original Message-----
From: Bruce Allen [mailto:Bruce.Allen@redskins.com]
Sent: Thursday, January 09, 2014 8:00 AM
To: Jones, Mike
Subject: RE: Gruden

Good morning

We will call you later to update you


-----Original Message-----
From: Jones, Mike [mailto:mike.jones@███████████]
Sent: Thursday, January 09, 2014 6:42 AM
To: Bruce Allen
Subject: Gruden

Hey Bruce, we've been told that you all are close on an agreement with Jay Gruden. Can you help me on this? Is this true? Won't quote you obviously.

Thanks,
Mike Jones
The Washington Post

Sent from my iPhone