EXHIBIT 8

**Message**

**From:** Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN]
**Sent:** 10/2/2014 10:20:25 PM
**To:** Adam Schefter [aschef@ ▮ ]
**Subject:** RE: you have no idea - how funny this is to me

I did hear the Chicago part from league today .....

But, you beat them on the dates and two choices

Aloha

-----Original Message-----
From: Adam Schefter [mailto:aschef@ ▮ ]
Sent: Thursday, October 2, 2014 6:19 PM
To: Bruce Allen
Subject: Re: you have no idea - how funny this is to me

And Chicago it is, if you haven't heard by now.

April 30-may 2.

Next time check with me.
C

Sent from my iPhone

> On Oct 2, 2014, at 7:07 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
> The first round of the draft will take place on Thursday, April 30, with the second and third rounds set for May 1 and the fourth through seventh rounds for May 2, according to Adam Schefter of ESPN.
> <winmail.dat>