EXHIBIT 9

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 4/20/2015 11:50:51 AM
**To:** Adam Schefter [aschef@ ]
**Subject:** Re: Hmmmmm


Next break ... Wil call


> On Apr 20, 2015, at 7:49 AM, Adam Schefter <aschef@         > wrote:
>
> Call me. Have LOGS to add to that fire....
>
> Sent from my iPhone
>
>> On Apr 20, 2015, at 7:43 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>>
>> The Tebow signing sure makes a Bradford trade thought .....
>>
>>