# EXHIBIT 10

Appointment

---

| | |
|---|---|
| **From:** | Bruce Allen [/O=REDSKINS/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BALLLEN] |
| **Sent:** | 3/22/2017 11:17:05 AM |
| **To:** | Bruce Allen [Bruce.Allen@redskins.com] |

**Subject:** Liz Clarke

**Start:** 3/26/2017 9:30:00 PM
**End:** 3/26/2017 10:30:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Here are the interviews that I lined up for you. We will have them meet us at the coffee shop on SUNDAY at the Arizona Biltmore:

2:30-3pm            Liz Clarke, Washington Post

3:00-3:10pm        JP Finley, CSN Washington (on camera)

3:15-3:30pm        Nora Princiotti, Washington Times

3:30-3:40pm        Brian McNally, WJFK-Radio

3:45-4pm            Larry Michael, Redskins Broadcast Network

4-4:20pm            John Kiem, ESPN.com

4:30pm???          Trying to get Albert Breer to take an earlier flight otherwise we are
done for the day!!

MONDAY

7:45am              Albert Breer, MMQB   (need confirmation from you)

8am                 NFL Films