# Exhibit 11

Message

**From:** dansileo@[redacted] [dansileo@[redacted]]
**Sent:** 8/5/2016 2:01:14 PM
**To:** Bruce Allen [Bruce.Allen@redskins.com]
**Subject:** Re: Dan Sileo Show in Los Angeles and San Diego

858[redacted].hotline..just a reminder...dsileo...10am

Dan Sileo
USBWA/FWAA Member
407[redacted]
6-9am THE MIGHTY 1090 Host
San Diego Padres Pregame Host
NFL Alumni

-----Original Message-----
From: Bruce Allen <Bruce.Allen@redskins.com>
To: dansileo <dansileo@[redacted]>
Sent: Thu, Aug 4, 2016 3:40 pm
Subject: Re: Dan Sileo Show in Los Angeles and San Diego

Try 10:00am. Give me a number

On Aug 4, 2016, at 3:30 PM, "dansileo@[redacted]" <dansileo@[redacted]> wrote:

> Bruce....let mw know if u have 8minutes for me here in so cal at either 10am or 11am...thank u..your boy sileo
>
> Dan Sileo
> USBWA/FWAA Member
> 407[redacted]
> 6-9am THE MIGHTY 1090 Host
> San Diego Padres Pregame Host
> NFL Alumni