# Exhibit 12

Message

**From**: Keim, John [John.Keim@▮▮▮▮▮]
**Sent**: 8/29/2015 12:16:51 AM
**To**: Bruce Allen [Bruce.Allen@redskins.com]
**Subject**: RE: question on neurologist

Thank you...

---

**From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
**Sent:** Friday, August 28, 2015 8:14 PM
**To:** Keim, John
**Subject:** Re: question on neurologist

Yes

On Aug 28, 2015, at 8:08 PM, Keim, John <John.Keim@▮▮▮▮▮> wrote:

> Was the neurologist today the same one who cleared him the other day? Just double checking...
>
>
> John Keim
> ESPN Redskins reporter
> 703-▮▮▮▮▮
> www.twitter.com/John_Keim