EXHIBIT 13

Message

**From:** Bruce Allen [Bruce.Allen@redskins.com]
**Sent:** 12/24/2012 3:38:48 PM
**To:** Schefter, Adam [Adam.Schefter@▇▇▇▇]
**Subject:** Re: What are the chances on this....?

Nope.

On Dec 24, 2012, at 10:37 AM, "Schefter, Adam" <Adam.Schefter@▇▇▇▇> wrote:

> Any idea when the judge rules?
>
> **From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
> **Sent:** Monday, December 24, 2012 10:37 AM
> **To:** Schefter, Adam
> **Subject:** Re: What are the chances on this....?
>
> The NFLPA sued all 32 teams re: collusion
>
> Judge hasn't ruled
>
> On Dec 24, 2012, at 10:31 AM, "Schefter, Adam" <Adam.Schefter@▇▇▇▇> wrote:
>
>> Suing the Redskins? All I care about is you getting back your $36 million in cap space. What has to happen for that and are we close to a resolution?
>>
>> **From:** Bruce Allen [mailto:Bruce.Allen@redskins.com]
>> **Sent:** Monday, December 24, 2012 10:30 AM
>> **To:** Schefter, Adam
>> **Subject:** RE: What are the chances on this....?
>>
>> The premise is wrong ….. the NFLPA is suing the Redskins
>>
>>> **From:** Schefter, Adam [mailto:Adam.Schefter@▇▇▇▇]
>>> **Sent:** Monday, December 24, 2012 10:28 AM
>>> **To:** Bruce Allen
>>> **Subject:** What are the chances on this....?
>>>
>>> Saw that Silver wrote this last week and meant to follow up and ask if there was any chance this happens…
>>>
>>> In May, the Redskins and Cowboys lost their appeal of the penalties to Special Master Stephen Burbank, but there is one "Hail Mary" at Washington owner Daniel Snyder's disposal: Join the collusion suit. By filing a brief in support of the NFLPA, Snyder could bolster the union's case significantly and set himself up for a potential judicial remedy that addresses the damage to his franchise. I can see why Snyder wouldn't want to do this — it would alienate his business partners beyond belief, making for some highly uncomfortable moments at owner meetings (**awkward**), and he would essentially be marginalized like late Raiders owner Al Davis was after suing for the right to move to Los Angeles three decades ago. Yet I'll also be disappointed if he chooses the careful course. Come on, Dan — the truth shall set you free. File the brief!
>>>
>>> Great week ahead. Might even show up in your building for a day. Merry Christmas
>>> C