# EXHIBIT 14

Message

| | |
|---|---|
| **From**: | Bruce Allen [Bruce.Allen@redskins.com] |
| **Sent**: | 3/28/2013 3:54:20 PM |
| **To**: | Schefter, Adam [Adam.Schefter@▮▮▮▮▮▮] |
| **Subject**: | Re: THURSDAY BUZZ LIST, update 11:30 a.m. 3-28 |

They had an honest conversation according to mike

Will get more later

On Mar 28, 2013, at 11:53 AM, "Schefter, Adam" <Adam.Schefter@▮▮▮▮▮▮> wrote:

> And?
>
> Sent from my iPhone
>
> On Mar 28, 2013, at 11:49 AM, "Bruce Allen" <Bruce.Allen@redskins.com> wrote:
>
>> They met
>>
>> On Mar 28, 2013, at 11:48 AM, "Schefter, Adam" <Adam.Schefter@▮▮▮▮▮▮ wrote:
>>
>>> Some are smarter than others. If Mike isnt pro-active, this could blow up...