# Exhibit 15

From: Bruce Allen
Sent: Monday, April 03, 2017 12:51 PM
To: 'Clarke, Liz'
Subject: RE: Liz Clarke, following up re WashPost profile

Liz:

What is better for you?  Thursday 7:30AM, Friday 7:30AM or Saturday 7:30AM (or if you like earlier any of those days .... That's fine)  or Friday @ 10:00AM

Bruce

From: Clarke, Liz [mailto:liz.clarke█████████]
Sent: Monday, April 03, 2017 10:38 AM
To: Bruce Allen
Subject: Liz Clarke, following up re WashPost profile

Bruce,

It's Liz Clarke of The Post, following up on my request for an interview for the profile about you that's scheduled to run April 16.

As I mentioned earlier, my deadline is April 10, which gives me this week and through the weekend to wrap up the reporting and write.

I'd still like to have a conversation--whether over lunch, coffee or a desk--to augment the reporting I've done already. If that's possible between now and Sunday, let me know.

I've done my best to draw a fair, comprehensive portrait but no doubt feel the story would be better if it included your voice and your perspective. Entirely your call, of course.

With thanks for your consideration,

Liz Clarke


The Washington Post

cell: 202-████████