# EXHIBIT 16

Message

**From:** Clarke, Liz [liz.clarke@███]
**Sent:** 3/23/2018 1:16:23 PM
**To:** Bruce Allen [Bruce.Allen@redskins.com]
**Subject:** Re: Liz Clarke, with heads-up on interview request on NFL story

That's terrific, Bruce. Looking forward. And thank you for kind reply, LIz

Sent from my iPhone

On Mar 23, 2018, at 8:50 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:

> [EXTERNAL EMAIL]
> Liz
>
> We will figure out a time to get together for a chat in Orlando.
>
> Bruce