# EXHIBIT 17

Message
_____
**From:**      Bruce Allen [Bruce.Allen@redskins.com]
**Sent:**      5/23/2014 2:20:48 AM
**To:**        A.J. Smith [ajsaks1@ ▮▮▮▮ ]
**Subject:**   Re: Good evening

You did listen

Who in fxxx do u think wrote that for mark?

Maybe we do have someone in the media

On May 22, 2014, at 10:18 PM, "A.J. Smith" <ajsaks1@ ▮▮▮ > wrote:

> Listened to all 3 segments. WOW! That is how it should be. But I do have a question. Why is it that we can not have someone in our own organization speak on the exact same issues? We have the same facts, we have the BLEEPING quotes on Reid. It's a MEDIA battle and we chose to not drop the hammer. You, I know are writing letters to individuals and expressing in your WORDS, your points on things you disagree with.
>
> I have always used my media contacts on issues and ALSO would drop the hammer MYSELF on select issues, with MY WORDS. I think it's great what he said and what he did, BUT I am sure they will HUDDLE UP and regroup for some counter.
>
> I just would like for you or Dan or anyone else in OUR organization to come out with VERBAL FIRE. Especially on the HARRY REID quotes. I would have loved for you or Dan to SAY on him what Mark Levin said.
>
> My Trigger Points that I loved
>
> ...Race Baiters
> ...Take the gloves off
> ...Scratch the scab? The scab is bleeding
> ...[Redacted - Football Person] DON'T TRUST HIM
> ...Harry Reid is the Donald Sterling of the Senate
>
> Sent from my iPad
>
> On May 22, 2014, at 6:51 PM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
> > Make sure y listen