EXHIBIT 18

**Message**

| | |
|---|---|
| **From:** | Bruce Allen [Bruce.Allen@redskins.com] |
| **Sent:** | 6/5/2018 11:19:41 PM |
| **To:** | Mark Levin [markrlevin@■■■■] |
| **Subject:** | Re: Tonight |

Thanks.

This is so ridiculous it's embarrassing

On Jun 5, 2018, at 7:03 PM, Mark Levin <markrlevin@■■■■> wrote:

> good points, will hit some of this now
>
> -----Original Message-----
> From: Bruce Allen <Bruce.Allen@redskins.com>
> To: markrlevin <markrlevin@■■■■>
> Sent: Tue, Jun 5, 2018 7:01 pm
> Subject: Tonight
>
> You are passionately correct (again). However, remember 90%+ of NFL players have never considered kneeling.
>
> The 10% of the players and owners are the issue (see Jeff Lurie & 49ers owner)
>
> I really appreciated your comments about respecting the previous players that made our leagues for today's players .... and what you are doing for future players
>
> I've used that theme for years