# Exhibit 19

-----Original Message-----
From: Mark Levin [mailto:markrlevin@▮]
Sent: Tuesday, November 14, 2017 11:38 AM
To: Bruce Allen
Subject: Re: Poll: Majority disapprove of NFL commissioner's handling of protests | TheHill

He's a dummy

Sent from my iPhone

> On Nov 14, 2017, at 11:36 AM, Bruce Allen <Bruce.Allen@redskins.com> wrote:
>
>
> http://thehill.com/homenews/news/360272-poll-majority-disapprove-of-nfl-commissioners-handling-of-protests