# EXHIBIT 29

Message

| | |
|---|---|
| From: | Bruce Allen [Bruce.Allen@redskins.com] |
| Sent: | 9/21/2014 3:41:11 AM |
| To: | **Redacted - ESPN Personality and Others** |
| CC: | |
| Subject: | Re: [Redacted - Football Team] |

More surprised if they don't put the. Thug in for last series to make [Redacted] $20m

> On Sep 20, 2014, at 11:34 PM, [Redacted] wrote:
>
> Is it just me or is there an [Redacted - Football Teams] game being played during the
> [Redacted - Football Player] sideline cheer, jump, hug show?
>
> Sent from my iPhone