# EXHIBIT 3



# Explore

Settings

## Tweet

**Melanie Coburn**
@melanietc

#notsurprised

> **The Washington Post** @washingtonpost · Jul 16, 2020
> Exclusive: Fifteen women who worked for Redskins allege sexual harassment by former scouts and members of owner Daniel Snyder's inner circle
> wapo.st/30fu008
> Show this thread

3:01 PM · Jul 16, 2020 · Twitter for Android

**New to Twitter?**
Sign up now to get your own pers
Sign up

**Relevant people**

**Melanie Coburn**
@melanietc
Loving life with Der
Bodie in Arlington, '
building CADRE, co
helping people! #ca
#UnNetworking

**The Washington P**
@washingtonpost
Democracy Dies in

**What's happening**

US national news · 5 hours ago
**Bill Cosby released from pr after Pennsylvania's Suprer Court overturns his convict**
Trending with Bill Cosby, Aunt Vi

Politics · Trending
**Allen Weisselberg**
58.3K Tweets

Sports · Trending
**Messi**
243K Tweets

COVID-19 · LIVE
**COVID-19: News and upda California**

**Openly** · This morning
**Your Guide to Pride Flags**

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2021 Twit

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

Search Twitter

 **Melanie Coburn** @melanietc · 12h
Replying to @1067theFan

What a JOKE. Where were you when your husband ordered lewd Cheerleader videos, Tanya? When he propositioned one at Fight Night? This is all a last-ditch effort to cover up the DECADES of mistreatment & abuse @WashingtonNFL. Our petition is still growing:





BA000026