# EXHIBIT 6

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re Application of Daniel Snyder ) <br> For an Order Directing Discovery from ) <br> Mary Ellen Blair and Comstock Holding ) <br> Companies, Inc. Pursuant to ) <br> 28 U.S.C.§ 1782 ) <br> ) <br> ) | Misc. Action No. 1:20-mc-0023-LO-TCB <br><br> *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to **28 U.S.C.§ 1782** |

## NOTICE OF DISMISSAL OF RESPONDENT COMSTOCK HOLDING COMPANIES, INC.

PLEASE TAKE NOTICE that Daniel Snyder, the Petitioner in the above-titled action, dismisses the action as to the Respondent, Comstock Holding Companies, Inc. with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

Dated: April 6, 2021

Respectfully submitted,
Daniel Snyder
*By Counsel*

/s/Heba K. Carter
Heba K. Carter, Esq. #87564
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, Virginia 22030
Tel:     703-766-8081
Fax:    703-766-8085

## CERTIFICATE OF SERVICE

I CERTIFY that on April 6, 2021, a true copy of the foregoing was delivered via CM/ECF and first-class mail to the following:

James W. Hundley, Esq.
BrigliaHundley PC
1921 Gallows Rd, Suite 750
Tysons Corner, VA 22182
(703) 883-0880
Fax: (703) 883-0899
Email: jhundley@brigliahundley.com

Nicholas Martin DePalma, Esq.
Venable LLP
8010 Towers Crescent Dr, Suite 300
Tysons Corner, VA 22182
703-905-1455
Fax: 703-821-8949
Email: nicholas.depalma@venable.com

Christian Robert Schreiber, Esq.
Venable LLP
8010 Towers Crescent Dr, Suite 300
Tysons Corner, VA 22182
703-760-1600
Fax: 703-821-8949
Email: CRSchreiber@Venable.com

Stuart Alexander Sears, Esq.
Schertler Onorato Mead & Sears
901 New York Avenue Northwest
Suite 500
Washington, DC 20001
202-628-4199
Fax: 202-628-4177
Email: ssears@schertlerlaw.com

                                                /s/Heba K. Carter_____
                                                Heba K. Carter, Esq.

Case 1:20-cv-10832-LJL-SN Document 521 Filed 04/06/27 Page 4 of 4 PageID# 462