# EXHIBIT 7

[LARRY BROWN SPORTS — Brown Bag it, Baby](https://larrybrownsports.com/)

# Reporters hint at big story on fired Washington Redskins executives

July 14, 2020 by [Larry Brown](https://larrybrownsports.com/author/larry-brown)

[(https://www.addtoany.com/share#url=https%3A...washington-redskins-executives%2F559128&title=Reporters%20hint%20at%20...)]

[(/#facebook)] [(/#twitter)] [(/#flipboard)]

[(/#linkedin)] [(/#skype)] [(/#email)]

[1 Comment (https://larrybrownsports.com/football/reporters-hint-big-story-washington-redskins-executives/559128#disqus_thread)]



[(https://larrybrownsports.com/wp-content/uploads/2020/07/dan-snyder.jpg)]

The Washington NFL team announced this week that they have dropped the "Redskins" nickname, but that is not the only news that is expected to emerge about the franchise this week.

On Sunday, we learned that [Washington fired Director of Pro Personnel Alex Santos (https://larrybrownsports.com/football/redskins-fire-executives-shakeup/558701)] and Assistant Director of Pro Personnel

Richard Mann II over the weekend. Santos had been with the organization since 2006, and Mann since 2010.

So what is going on?

Some gossipy reporters hinted on Twitter that something is coming out regarding the firings of Santos and Mann.



Pro Football Talk's Mike Florio says (https://twitter.com/ProFootballTalk/status/1283203739122376706) a Washington Post article on the matter is in the works.

We can't speculate on the details of the article, aside from it supposedly being about the fired employees. Washington has not announced its new nickname yet because of trademark issues