# EXHIBIT 8

SPORTS

# There's a Washington football bombshell coming and it's not about the name

By Howie Kussoy                                                                 July 15, 2020 | 12:31pm | Updated

The removal of a racist nickname won't end Daniel Snyder's problems.

Not long after the Washington owner announced that his team would no longer be known as the Redskins, a series of cryptic tweets from local reporters emerged, warning of an imminent bombshell set to shake the franchise to its core.

"The warped and toxic culture of the Washington Football Team is about to be exposed in a sickening fashion . . . Again," wrote CBS' Jason La Canfora, a former team beat reporter.

Julie Donaldson of NBC Sports Washington also wrote, "What's coming is disappointing and sad."

Though it remains unclear what will surface, several other reporters have also been tipped off to news that could be devastating to the team.

> **SEE ALSO**
> 
> Redskins bombshell: 15 ex-employees make sexual harassment claims

"There is much more going on . . . than a name change," Scott Abraham of ABC 7 wrote. ". . . And it's not good. I did not get specifics, but get ready people."

JP Finlay of NBC Sports Washington shared a similar tweet.

"A real busy week. And it's not all going to be about the name and it's not all going to be pretty."

It is believed that a Washington Post story expected to be released on Thursday is the basis for the tweets.

FILED UNDER    NFL, WASHINGTON REDSKINS, 7/15/20



RECOMMENDED    1/5

Saquon Barkley faces obstacles Giants



**Get notifications from The New York Post**

Click 'Sign Up' then 'Allow'

Dismiss    Sign Up

Read More >