# EXHIBIT 9

[Larry Brown Sports logo: "Brown Bag it, Baby / LARRY BROWN SPORTS"] (https://larrybrownsports.com/)

# Washington source denies rumor of team paying off referees

July 16, 2020
by Larry Brown (https://larrybrownsports.com/author/larry-brown)

(https://www.addtoany.com/share#url=https%3A%2F%2Flarrybrownsports.com%2Fnfl%2Fwashington-source-denies-rumor-team-pay-off-referees-officials%2F559200&title=Washing)

(/#facebook) (/#twitter)

(/#reddit) (/#linkedin)

(/#email)

Leave a Comment (https://larrybrownsports.com/nfl/washington-source-denies-rumor-team-pay-off-referees-officials/559200#disqus_thread)



(https://larrybrownsports.com/wp-content/uploads/2020/07/dan-snyder.jpg)

Speculation has been running the past few days about a potentially damaging story related to Washington's NFL team that is expected to be published. Reporters have been hinting on Twitter at such a story coming (https://larrybrownsports.com/football/reporters-hint-big-story-fired-washington-redskins-executives/559128). Nothing definitively being published yet led to rumors spreading about the contents of the damaging allegations.

One such rumor was that the NFL team may have paid off/bribed referees. ESPN's Adam Schefter checked on that rumor and received a strong denial from a Washington source.



Adam Schefter
@AdamSchefter

In response to the wild internet speculation that members of Washington's NFL team paid off officials, one source laughed, strongly denied it, and added "if we did, we need to get our money back."

1:55 PM · Jul 16, 2020

♡ 20.5K    💬 453    ⬆ Share this Tweet

We don't know the contents of the allegations that will supposedly come in the report. We do know there has been a denial about paying off refs.

What we know is that the team announced earlier in the week that they they have officially dropped the "Redskins" nickname; that they recently fired some executives (https://larrybrownsports.com/football/redskins-fire-executives-shakeup/558701); and that some of the team's minority owners are looking to sell (https://larrybrownsports.com/football/washington-nfl-team-minority-shareholders-looking-to-sell/559194).

### SPONSORED CONTENT ON LARRY BROWN SPORTS

**Find vaccines near you.** (https://jadserve.postrelease.com/trk?ntv_at=3&ntv_ui=5c1003d0-0587-41f4-ad15-a9f560e10 cwGXoSatQWOT8raak3k6RBqabcqxHqY8tsdGZvdWak_zmKT6gxh2aPRmYVV5Omoh7Yz4fnqMB16mIcAvgXGqyr8rc3 kZGY_gzNl1MaDjMUc0SsYI1gQ9_gMufEbIuMcnqfARf97pLvIPxieNpg=&ord=-1408210647&ntv_ht=kiPdYAA&ntv_tad

By **U.S. Department of Health & Human Services**

Your most important role now is to help your loved ones 12 and older get their COVID-19

Want more great sports stories? Subscribe to our free newsletter

Email    Subscribe

You can unsubscribe anytime. For more details, review our Privacy Policy (https://larrybrownsports.com/privacy-policy).