# EXHIBIT 10

| | |
|---|---|
| **From:** | Quincy, Stephanie J. (Shld-PHX-Labor-EmpLaw) |
| **Sent:** | Wednesday, June 30, 2021 8:50 PM |
| **To:** | Schoenberg, Pamela L. |
| **Cc:** | Siev, Jordan W.; Lockwood, Aaron J. (OfCnl-SFO-LT); gmarshall@swlaw.com; ptighe@swlaw.com; Peagler, Barrie A. (Secy-Phx-Labor-EmpLaw); Turetsky, Ian M.; Kennedy, John P. |
| **Subject:** | Re: In re Application by Daniel Snyder for an Order Directing Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.) |

As you know, this is not what we suggested but the rules and destruction to others seem to be an afterthought.

Please send us an unredacted copy.   Again, you have no basis for withholding the full evidence you are presenting from us.

> On Jun 30, 2021, at 8:41 PM, Schoenberg, Pamela L. <PSchoenberg@reedsmith.com> wrote:
>
> Stephanie,
>
> As Jordan previewed earlier, we have filed the revised versions of Exhibits 1-20 to Jordan's amended declaration with modified redactions.  Exhibits 21-32 remain the same as previously filed.  A copy is attached here for your convenience.
>
> Thanks,
> Pam
>
> Pamela L. Schoenberg
> 212.549.0278
> pschoenberg@reedsmith.com
> ReedSmith LLP
> 599 Lexington Avenue
> New York, NY 10022
> Phone 212.521.5400
> Fax 212.521.5450
>
>
>
> From: quincys@gtlaw.com <quincys@gtlaw.com>
> Sent: Wednesday, June 30, 2021 3:56 PM
> To: Siev, Jordan W. <JSiev@ReedSmith.com>
> Cc: lockwooda@gtlaw.com; Schoenberg, Pamela L.
> <PSchoenberg@ReedSmith.com>; gmarshall@swlaw.com; ptighe@swlaw.com;
> peaglerb@gtlaw.com; Turetsky, Ian M. <ITuretsky@ReedSmith.com>;
> Kennedy, John P. <JKennedy@reedsmith.com>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>

1

> Jordan,
>
> How about you just send us the unredacted copies?   We share your concern that identifying some of these individuals who are not involved in these proceedings seems to serve no purpose but to harm them.
>
> Stephanie J. Quincy
> Shareholder
>
> Greenberg Traurig, LLP
> 2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016 T +1 602.445.8506
> Greenberg Traurig, LLP
> 1144 15th Street, Suite 3300 | Denver, Colorado 80202 T +1
> 303.685.7452
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>  |  www.gtlaw.com<http://www.gtlaw.com>   | View GT Biography<https://www.gtlaw.com/en/professionals/q/quincy-stephanie-j>
>
> [cid:image001.png@01D76E08.D78E4D20]
>
>
>
>
>
>
> External Signed
> From: Siev, Jordan W.
> <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Sent: Wednesday, June 30, 2021 12:50 PM
> To: Quincy, Stephanie J. (Shld-PHX-Labor-EmpLaw)
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Cc: Lockwood, Aaron J. (OfCnl-SFO-LT)
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>; Schoenberg, Pamela
> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>; Peagler, Barrie A.
> (Secy-Phx-Labor-EmpLaw)
> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>; Turetsky, Ian M.
> <ITuretsky@ReedSmith.com<mailto:ITuretsky@ReedSmith.com>>; Kennedy,
> John P. <JKennedy@reedsmith.com<mailto:JKennedy@reedsmith.com>>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> We will send you (and file) revised versions of Exhibits 1-20, redacted only to remove domain names (i.e. "@XYZ.com").  We are maintaining our redactions on Exhibits 21-31 due to the sensitivity of the PII in those emails.  We again agree to a one week extension for your reply if you would like.
>
> _____
> Jordan W. Siev
> ReedSmith LLP
> 599 Lexington Avenue
> New York, New York 10022

2

> 212.205.6085
> jsiev@reedsmith.com<mailto:jsiev@reedsmith.com>
> Fax 212.521.5450
> Bio:
> http://www.reedsmith.com/jordan_siev/<https://urldefense.com/v3/__http
> :/www.reedsmith.com/jordan_siev/__;!!DUT_TFPxUQ!Tp7B650Ys9_cWewfEliAeS
> CgyFleicxCLFKzk3JiUwwgW55_ZCbW5eHg5Xxl990$>
>
> From: quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Sent: Wednesday, June 30, 2021 2:16 PM
> To: Siev, Jordan W. <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Cc: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>; Schoenberg,
> Pamela L.
> <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>;
> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> Jordan,
>
> That may allow you to redact from the public filing. That does not give you license to conceal evidence.
>
> 4th Request.
>
> Stephanie J. Quincy
> Shareholder
>
> Greenberg Traurig, LLP
> 2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016 T +1 602.445.8506
> Greenberg Traurig, LLP
> 1144 15th Street, Suite 3300 | Denver, Colorado 80202 T +1
> 303.685.7452
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>  |  www.gtlaw.com<http://www.gtlaw.com>  | View GT Biography<https://www.gtlaw.com/en/professionals/q/quincy-stephanie-j>
>
> [cid:image001.png@01D76E08.D78E4D20]
>
>
>
> External Signed
> From: Siev, Jordan W.
> <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Sent: Wednesday, June 30, 2021 11:10 AM
> To: Quincy, Stephanie J. (Shld-PHX-Labor-EmpLaw)
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>

3

\> Cc: Lockwood, Aaron J. (OfCnl-SFO-LT)
\> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>; Schoenberg, Pamela
\> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
\> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
\> ptighe@swlaw.com<mailto:ptighe@swlaw.com>; Peagler, Barrie A.
\> (Secy-Phx-Labor-EmpLaw)
\> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
\> Subject: RE: In re Application by Daniel Snyder for an Order Directing
\> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
\>
\> Stephanie,
\>
\> The only redactions were for personally identifying information, such as email addresses and draft articles (which would identify the author).  Such redactions are of course proper.  See, e.g., NML Capital Ltd. v. Republic of Argentina, 2015 WL 727924, at *5 (D. Nev. Feb. 19, 2015) (redacting a person's personal email address was proper under Rule 5.2 because "[r]edating this information from the public record will not infringe the quality or integrity of the judicial process, which the public right of access protects, because the information is irrelevant to the merits of [the] action").  As noted below, I am discussing with my client how to handle unredacting at your request, and have offered (and continue to offer) a one-week extension of your time to reply.
\>
\> _____
\> Jordan W. Siev
\> ReedSmith LLP
\> 599 Lexington Avenue
\> New York, New York 10022
\> 212.205.6085
\> jsiev@reedsmith.com<mailto:jsiev@reedsmith.com>
\> Fax 212.521.5450
\> Bio:
\> http://www.reedsmith.com/jordan_siev/<https://urldefense.com/v3/__http
\> ://www.reedsmith.com/jordan_siev/__;!!DUT_TFPxUQ!XPwHNBBwpveqpShTRtTaVz
\> eFHB41mBCKZo4Ks7LhH49vQcygUMMuKRH9HrEUtNw$>
\>
\> From: quincys@gtlaw.com<mailto:quincys@gtlaw.com>
\> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
\> Sent: Tuesday, June 29, 2021 7:38 PM
\> To: Siev, Jordan W. <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
\> Cc: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>; Schoenberg,
\> Pamela L.
\> <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
\> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
\> ptighe@swlaw.com<mailto:ptighe@swlaw.com>;
\> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
\> Subject: RE: In re Application by Daniel Snyder for an Order Directing
\> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
\>
\> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>
\> Now what you filed under seal – or asked to.
\>
\> Also don't have unredacted copies of the emails.  What is your legal basis for that?

4

\> 
\> Stephanie J. Quincy
\> Shareholder
\>
\> Greenberg Traurig, LLP
\> 2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016 T +1 602.445.8506
\> Greenberg Traurig, LLP
\> 1144 15th Street, Suite 3300 | Denver, Colorado 80202 T +1
\> 303.685.7452
\> quincys@gtlaw.com<mailto:quincys@gtlaw.com>  |  www.gtlaw.com<http://www.gtlaw.com>  |
View GT Biography<https://www.gtlaw.com/en/professionals/q/quincy-stephanie-j>
\>
\> [cid:image001.png@01D76E08.D78E4D20]
\>
\>
\>
\>
\> External Signed
\> From: Siev, Jordan W.
\> <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
\> Sent: Tuesday, June 29, 2021 4:36 PM
\> To: Quincy, Stephanie J. (Shld-PHX-Labor-EmpLaw)
\> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
\> Cc: Lockwood, Aaron J. (OfCnl-SFO-LT)
\> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>; Schoenberg, Pamela
\> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
\> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
\> ptighe@swlaw.com<mailto:ptighe@swlaw.com>; Peagler, Barrie A.
\> (Secy-Phx-Labor-EmpLaw)
\> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
\> Subject: RE: In re Application by Daniel Snyder for an Order Directing
\> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
\>
\> Stephanie, no filing has been withheld. You have copies of everything that is on file with the court.
\>
\>
\> _____
\> Jordan W. Siev
\> ReedSmith LLP
\> 599 Lexington Avenue
\> New York, New York 10022
\> 212.205.6085<tel:212.205.6085>
\> jsiev@reedsmith.com<mailto:jsiev@reedsmith.com>
\> Fax 212.521.5450<tel:212.521.5450>
\> Bio:
\> http://www.reedsmith.com/jordan_siev/<https://urldefense.com/v3/__http
\> ://www.reedsmith.com/jordan_siev/__;!!DUT_TFPxUQ!WZUP2XGhTDIlVpTDAvzLxl
\> TA9p4OBtj65pyDc-pjZHk89kePyv0PAWXiBK67dsE$>
\>
\>
\> From: quincys@gtlaw.com<mailto:quincys@gtlaw.com>

5

> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Date: Tuesday, Jun 29, 2021, 7:25 PM
> To: Siev, Jordan W. <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Cc: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>, Schoenberg, Pamela
> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>,
> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>
> <gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>>,
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>
> <ptighe@swlaw.com<mailto:ptighe@swlaw.com>>,
> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> Please let us know your legal authority for withholding a filing.
>
>
>
> Stephanie J. Quincy
> Shareholder
>
> Greenberg Traurig, LLP
> 2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016 T +1 602.445.8506
> Greenberg Traurig, LLP
> 1144 15th Street, Suite 3300 | Denver, Colorado 80202 T +1
> 303.685.7452
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>  |  www.gtlaw.com<http://www.gtlaw.com>  |
> View GT Biography<https://www.gtlaw.com/en/professionals/q/quincy-stephanie-j>
>
> [cid:image001.png@01D76E08.D78E4D20]
>
>
>
>
> External Signed
> From: Siev, Jordan W.
> <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Sent: Tuesday, June 29, 2021 3:49 PM
> To: Quincy, Stephanie J. (Shld-PHX-Labor-EmpLaw)
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Cc: Lockwood, Aaron J. (OfCnl-SFO-LT)
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>; Schoenberg, Pamela
> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>;
> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>; Peagler, Barrie A.
> (Secy-Phx-Labor-EmpLaw)
> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)

>
> Stephanie, I am waiting to discuss with my client. We will agree to a one week extension of your time to reply while we sort this out. We can prepare a stip or whatever else may be required. Please confirm. Thanks.
>
> _____
> Jordan W. Siev
> ReedSmith LLP
> 599 Lexington Avenue
> New York, New York 10022
> 212.205.6085<tel:212.205.6085>
> jsiev@reedsmith.com<mailto:jsiev@reedsmith.com>
> Fax 212.521.5450<tel:212.521.5450>
> Bio:
> http://www.reedsmith.com/jordan_siev/<https://urldefense.com/v3/__http
> :/www.reedsmith.com/jordan_siev/__;!!DUT_TFPxUQ!Ua0f3CTTjTBdVdVmeIE_dq
> 9aXw3gdbBZ8-LbIXUYXf2Giy6bnNnIdnFz9Ap8A1Y$>
>
>
> From: quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Date: Tuesday, Jun 29, 2021, 4:49 PM
> To: Siev, Jordan W. <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>
> Cc: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>, Schoenberg, Pamela
> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>,
> gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>
> <gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>>,
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>
> <ptighe@swlaw.com<mailto:ptighe@swlaw.com>>,
> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
> Subject: Re: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> 3rd request.  As you know, our reply is due Friday.
>
>
> External Signed
> On Jun 29, 2021, at 11:28 AM, Siev, Jordan W. <JSiev@reedsmith.com<mailto:JSiev@reedsmith.com>> wrote:
>
> *EXTERNAL TO GT*
> We will be back to you shortly. Thanks.
>
> _____
> Jordan W. Siev
> ReedSmith LLP
> 599 Lexington Avenue
> New York, New York 10022

7

> 212.205.6085<tel:212.205.6085>
> jsiev@reedsmith.com<mailto:jsiev@reedsmith.com>
> Fax 212.521.5450<tel:212.521.5450>
> Bio:
> http://www.reedsmith.com/jordan_siev/<https://urldefense.com/v3/__http
> :/www.reedsmith.com/jordan_siev/__;!!DUT_TFPxUQ!SWwt0eAw10lh4rljPUFbdz
> cmXS6TZUh0VYvhcb-obz-QKBRfCff0g3VU3DOcP_0$>
>
>
> From: quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>
> Date: Monday, Jun 28, 2021, 2:52 PM
> To: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>, Siev, Jordan W.
> <JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>>, Schoenberg, Pamela
> L. <PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>>
> Cc: gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>
> <gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>>,
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>
> <ptighe@swlaw.com<mailto:ptighe@swlaw.com>>,
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> <quincys@gtlaw.com<mailto:quincys@gtlaw.com>>,
> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
> <peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>>
> Subject: RE: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> EXTERNAL E-MAIL - From quincys@gtlaw.com<mailto:quincys@gtlaw.com>
> Second request.  BTW – we should have been provided an unredacted copy with the filing.
>
> Stephanie J. Quincy
> Shareholder
>
> Greenberg Traurig, LLP
> 2375 E. Camelback Rd. Suite 700 | Phoenix, AZ 85016 T +1 602.445.8506
> Greenberg Traurig, LLP
> 1144 15th Street, Suite 3300 | Denver, Colorado 80202 T +1
> 303.685.7452
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>  |  www.gtlaw.com<http://www.gtlaw.com>   |
View GT Biography<https://www.gtlaw.com/en/professionals/q/quincy-stephanie-j>
>
> <image001.png>
>
>
>
>
> External Signed
> From: lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>
> <lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>>
> Sent: Friday, June 25, 2021 3:01 PM
> To: JSiev@ReedSmith.com<mailto:JSiev@ReedSmith.com>;

8

> PSchoenberg@ReedSmith.com<mailto:PSchoenberg@ReedSmith.com>
> Cc: gmarshall@swlaw.com<mailto:gmarshall@swlaw.com>;
> ptighe@swlaw.com<mailto:ptighe@swlaw.com>;
> quincys@gtlaw.com<mailto:quincys@gtlaw.com>;
> peaglerb@gtlaw.com<mailto:peaglerb@gtlaw.com>
> Subject: In re Application by Daniel Snyder for an Order Directing
> Discovery from Bruce Allen, Case No. MC-21-00022-PHX-SPL (D. Ariz.)
>
> Jordan and Pam,
>
> Please email us an unredacted copy of Petitioner's opposition papers filed last Saturday.
>
> Thanks,
>
> Aaron
>
> Aaron J. Lockwood
> Of Counsel
> Greenberg Traurig, LLP
>
> Phoenix
> 2375 East Camelback Rd. | Suite 700 | Phoenix, AZ 85016 T 602.445.8421
> San Francisco
> 4 Embarcadero Ctr. | Suite 3000 | San Francisco, CA 94111 T
> 415.655.1300 lockwooda@gtlaw.com<mailto:lockwooda@gtlaw.com>  |
> www.gtlaw.com<http://www.gtlaw.com/>  |  View GT
> Biography<https://www.gtlaw.com/en/professionals/l/lockwood-aaron-j>
>
> <image001.png>
>
> <image002.png>
>
>
>
> _____
> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>, and do not use or disseminate the information.
>
>
>
> * * *
>
> This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
>
> Disclaimer Version RS.US.201.407.01