IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | No.  MC-21-00022-PHX-SPL<br><br>**ORDER** |

On July 2, 2021 (Doc. 21), Respondent filed a Motion for Hearing or Conference, which the Court granted on July 9, 2021 (Doc. 22). An evidentiary hearing on Respondent's Motion to Vacate (Doc. 8) is currently set for August 31, 2021 at 9:00 a.m. (Doc. 22). On July 13, 2021, Chambers received a phone call from counsel for Petitioner requesting an opportunity to respond to the Motion. Accordingly, Petitioner shall be given an opportunity to file any opposition to the hearing, and Respondent shall be given an opportunity to file a reply. The Court will then consider whether to hold or vacate the currently scheduled evidentiary hearing.

**IT IS THEREFORE ORDERED** that Petitioner shall have until **July 19, 2021** to file any opposition to an evidentiary hearing.

///

///

///

///

**IT IS FURTHER ORDERED** that Respondent shall have until **July 22, 2021** to file any reply.

Dated this 13th day of July, 2021.

Honorable Steven P. Logan
United States District Judge