# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Snyder,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Bruce Allen,<br><br>　　　　　Defendants. | No.  MC-21-00022-PHX-SPL<br><br>**ORDER** |

**IT IS ORDERED** that the evidentiary hearing presently scheduled for **August 31, 2021 at 9:00 a.m.** will be held **in person** before the Honorable Judge Steven P. Logan, United States District Judge, in Courtroom 501, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 29th day of July, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge