Stephanie J. Quincy, SBN 014009
quincys@gtlaw.com
Aaron J. Lockwood, SBN 025599
lockwooda@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000

*Attorneys for Respondent Bruce Allen*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782 | Case No. 2:21-mc-00022-SPL<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Respondent provides notice of supplemental authority issued after the parties briefed his Motion to Vacate April 29, 2021 *Ex Parte* Order and Quash Subpoenas or, Alternatively, for Protective Order. *See In re App. of Daniel Snyder for an Order Directing Discovery from Moag & Co., LLC Pursuant to 28 U.S.C. §1782*, Case No. 1:20-cv-02705, Memorandum Opinion at 6-7 (D. Md. July 28, 2021) (finding that "Petitioner [Snyder] misrepresented the evidence," "[t]here is no proven nexus between the India litigation and the Respondent [Moag] to suggest the existence of relevant information," and "Petitioner did not know what he was looking for but was fishing") (courtesy copy attached hereto as Exhibit A).

Respectfully submitted this 29th day of July 2021.

GREENBERG TRAURIG, LLP

By: /s/ Stephanie J. Quincy
     Stephanie J. Quincy, SBN 014009
     Aaron J. Lockwood, SBN 025599
     *Attorneys for Respondent Bruce Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory J. Marshall
Patrick A. Tighe
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
gmarshall@swlaw.com
ptighe@swlaw.com

Jordan W. Siev
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

By: /s/ Diane Linn
Employee, Greenberg Traurig, LLP