Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: gmarshall@swlaw.com
           ptighe@swlaw.com

Jordan W. Siev (*Pro Hac Vice*)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel:  (212) 521-5400
jsiev@reedsmith.com

*Attorneys for Petitioner Daniel Snyder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782, | No. 2:21-mc-00022-SPL<br><br>**STIPULATED MOTION FOR A FOUR-DAY EXTENSION OF DEADLINE TO SUBMIT JOINT PRE-HEARING STATEMENT**<br><br>(First Request) |

The parties stipulate and move the Court for an Order extending the deadline to submit a joint pre-hearing statement (Doc. 22) from August 16, 2021 to August 20, 2021 (a 4-day extension).  Good cause exists for this request because, after conferring, the parties agree that additional time is necessary to effectively prepare their joint pre-hearing statement in accord with the Court's Orders entered on July 9, 2021 and July 28, 2021. Docs. 22, 26.  This extension is not requested for purposes of delay.  A proposed order is attached.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1    DATED this 13th day of August, 2021.

2                                              SNELL & WILMER L.L.P.

3

4                               By: /s/ *Gregory J. Marshall*
5                                   Gregory J. Marshall
                                    Patrick A. Tighe
6                                   One Arizona Center
                                    400 E. Van Buren, Suite 1900
7                                   Phoenix, Arizona  85004-2202

8                                   Jordan W. Siev  (*Pro Hac Vice*)
                                    Reed Smith LLP
9                                   599 Lexington Avenue, 22nd Floor
                                    New York, NY 10022

10                                  *Attorneys for Petitioner Daniel Snyder*

11

12                                  GREENBERG TRAURIG, LLP

13

14                              By: /s/ *Stephanie J. Quincy* (w/ permission)
15                                  Stephanie J. Quincy
                                    Aaron J. Lockwood
16                                  2375 E. Camelback Road, Suite 700
                                    Phoenix, Arizona  85016

17                                  *Attorneys for Respondent Bruce Allen*

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

*/s/ Richard A. Schaan*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000