```
Gregory J. Marshall (#019886)
Patrick A. Tighe (#033885)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: gmarshall@swlaw.com
        ptighe@swlaw.com

Jordan W. Siev (Pro Hac Vice)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
jsiev@reedsmith.com
```

*Attorneys for Petitioner Daniel Snyder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Application of Daniel Snyder for an Order Directing Discovery from Bruce Allen Pursuant to 28 U.S.C. § 1782, | No. 2:21-mc-00022-SPL<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

In accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and jointly move to dismiss this above-captioned action, with prejudice, with each party to bear his own respective attorneys' fees and costs. Because this stipulated motion, if granted by the Court, moots the evidentiary hearing scheduled for August 31, 2021 (*see* Docs. 22, 26), the parties further move that the Court vacate the evidentiary hearing scheduled for August 31, 2021. A proposed order is attached.

DATED this 19th day of August, 2021.

                           SNELL & WILMER L.L.P.

By: /s/ *Gregory J. Marshall*
     Gregory J. Marshall
     Patrick A. Tighe
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona 85004-2202

     Jordan W. Siev (*Pro Hac Vice*)
     Reed Smith LLP
     599 Lexington Avenue, 22nd Floor
     New York, NY 10022

     *Attorneys for Petitioner Daniel Snyder*


                           GREENBERG TRAURIG, LLP


By: /s/ *Stephanie J. Quincy (w/consent)*
     Stephanie J. Quincy
     Aaron J. Lockwood
     2375 E. Camelback Road, Suite 700
     Phoenix, Arizona 85016

     *Attorneys for Respondent Bruce Allen*

# **CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

/s/ Martin Lucero